IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC L. GONZALEZ, | ) | No. C 13-5749 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DARIN BRIGHT, et al., | ) | |
| Defendants. | ) | |

    The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/22/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Gonzalez749jud.wpd